UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMARKO SANDERS,

        Plaintiff,        Case Number 24-10615
v.        Honorable David M. Lawson
        Magistrate Judge Curtis Ivy, Jr.

DUSTIN L. BLOM, STAT EMS INC.,
FARMERS INSURANCE, and CITY OF FLINT,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

Presently before the Court is the report issued on July 15, 2024 by Magistrate Judge Curtis Ivy, Jr. under 28 U.S.C. § 636(b) recommending that the Court screen the plaintiff's complaint under 28 U.S.C. § 1915(e) and dismiss it on its own motion because the claims plainly were filed beyond the applicable limitations period. The deadline for filing objections to the report has passed, and no objections have been received. The plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge and will dismiss the complaint.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 10) is **ADOPTED**.

- 2 -

It is further **ORDERED** that the plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: August 2, 2024